734

certiorari to the Supreme Court of Illinois denied. *Mr. Floyd E. Thompson* for petitioner.

No. 332. HUTCHINSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Floyd E. Thompson* for petitioners. *Messrs. Richard S. Folsom, Frank S. Righeimer,* and *Frank R. Schneberger* for respondents.

No. 336. NOVOTNY *v.* ILLINOIS EX REL. CHICAGO BAR ASSOCIATION. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Thomas V. Novotny, Sr., pro se. Mr. Charles Leviton* for respondent.

No. 343. STANT ET AL. *v.* CONTAINER PATENTS CORP. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Harold B. Hood* and *Arthur M. Hood* for petitioners. *Messrs. James C. Ledbetter* and *Ralph G. Lockwood* for respondent.

No. 344. LUDWIG ET AL. *v.* SCHEAR. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. J. Ninian Beall, Albert F. Beasley,* and *Eugene X. Murphy* for petitioners. *Mr. Thomas M. Baker* for respondent.